**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Telesco <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-10899 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust and index same on the master mailing list.

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734