## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM TELESCO, | : CASE NO. 18-10899-MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : May 3, 2018 @ 9:30 a.m. |
| | : |
| WILLIAM TELESCO, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 14 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on April 17, 2018, by:

**18-10899-MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Robert Captain Leite-Young at rleite@rlmfirm.com, legalhelp101@rlmfirm.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecft@gmail.com

Rebecca A. Solarz at bkgroup@kmllawgroup.com

**18-10899-MDC Notice will not be electronically mailed to:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Sierra Auto Finance, LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK  73118


EXECUTED ON: April 17, 2018

                                            Respectfully submitted by,


By:    /s/ Jim Peavler
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          Dept. 281061
          Harrisburg, PA 17128-1061
          PA I.D.  320663
          Phone:  717-787-2747
          Facsimile:  717-772-1459
          jpeavler@pa.gov