# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                         Chapter 13

                                                         Bankruptcy No. 18-10899-MDC

WILLIAM  TELESCO

2627 VALLEY ROAD

JAMISON, PA 18929

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WILLIAM  TELESCO

    2627 VALLEY ROAD

    JAMISON, PA 18929

**Counsel for debtor(s), by electronic notice only.**
    ROBERT CAPTAIN LEITE-YOUNG
    6950 CASTOR AVENUE

    PHILADELPHIA, PA 19149-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                    /s/ William C. Miller

Date: 6/8/2018

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee