# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10899-MDC

WILLIAM  TELESCO

2627 VALLEY ROAD

JAMISON, PA 18929

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM  TELESCO

2627 VALLEY ROAD

JAMISON, PA 18929

Counsel for debtor(s), by electronic notice only.

ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-

Date: 7/24/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee