United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10899-mdc
William Telesco                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey                Page 1 of 2              Date Rcvd: Oct 04, 2018
                                Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
```
db             +William Telesco,    2627 Valley Road,    Jamison, PA 18929-1007
14053532       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14084085        American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14053533       +Atlanticus Services,    PO Box 105555,    Atlanta, GA 30348-5555
14053534       +BAC Home Loans,    PO Box 3175,    Tampa, FL 33601-3175
14053535      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America, N.A.,     PO Box 982238,    El Paso, TX 79998)
14053537        BSI Financial Services,    PO Box 517314 S Franklin St,    Titusville, PA 16354
14053536       +Barclays bank delaware,    125 South West Street,    Wilmington, DE 19801-5014
14053541       +DSNB/Macys,    PO Box 8113,    Mason, OH 45040-8113
14053542       +Fay Financial,    440 S Lasalle Street,    Chicago, IL 60605-1016
14093738       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14053543       +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
14053546       +Wilmington Savings Fund Society FSB,    1114 Avenue of the Americas, Ste 2700,
                 New York, NY 10036-7703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 05 2018 02:18:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2018 02:18:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 05 2018 02:23:41
                 Sierra Auto Finance, LLC, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14053538       +E-mail/Text: bankruptcy@cffinance.com Oct 05 2018 02:17:37      C&F Finance Company,
                 Po Box 2129,   Richmond, VA 23218-2129
14053539       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2018 02:22:57      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14053540       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2018 02:23:21      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14092949        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2018 02:23:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14084380       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2018 02:18:08      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14058791        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 02:17:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14053545       +E-mail/PDF: ais.sierra.ebn@americaninfosource.com Oct 05 2018 02:23:20      Sierra Auto Finance,
                 Po Box 803067,    Dallas, TX 75380-3067
14088005       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 05 2018 02:23:41
                 Sierra Auto Finance, LLC,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14074676       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 05 2018 02:23:18
                 Sierra Auto Finance, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14053544        Pennsylvania Department of Revenue
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern, PA  19355-0701
14088681*       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor William  Telesco rleite@roachleite.com,
           lanette@roachleite.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| WILLIAM TELESCO, | : | |
| Debtor(s). | : | Bankruptcy No. 18-10899-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 10/4/18

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE